JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PINEDA, </br></br> **Plaintiff(s),** </br></br> v. </br></br> GMAC MORTGAGE LLC, ET AL, </br></br> **Defendant(s).** | CASE NO. SA CV10-0143-DOC(MLGx) </br></br> **ORDER OF DISMISSAL** |

The Court, having issued an Order to Show Cause on August 10, 2010 as to why this action should not be dismissed for lack of prosecution, with a written response due on August 25, 2010, and no response having been filed with the Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: September 7, 2010

_____
DAVID O. CARTER
United States District Judge